FILED

06/02/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0228

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0228

IN THE MATTER OF *DECLARING*

J.C.,

A Youth in Need of Care.

**ORDER**

Upon consideration of Appellant's motion for extension of time, and good cause appearing therefore, Appellant K.C. is granted an extension of time until August 10, 2023, to prepare, serve, and file the Opening Brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 2 2023